FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| **Case No.:** | 20-00614 | | **Trustee Name:** | Laura J. Genovich |
|---|---|---|---|---|
| **Case Name:** | WARNER, NANCY SUE | | **Date Filed (f) or Converted (c):** | 02/14/2020 (f) |
| **For the Period Ending:** | 06/30/2021 | | **§341(a) Meeting Date:** | 04/14/2020 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Household goods and furnishings, no item w/ value >$550. | $100.00 | $0.00 | | $0.00 | FA |
| 2  Cell phones. | $50.00 | $0.00 | | $0.00 | FA |
| 3  Wardrobe/accessories. | $250.00 | $0.00 | | $0.00 | FA |
| 4  4 Jack Russell mix dogs; 2 Pet Cats. | $100.00 | $0.00 | | $0.00 | FA |
| 5  Checking Huntington Bank X 3699 | $500.00 | $0.00 | | $0.00 | FA |
| 6  Checking Huntington Bank X 8425 | $1.00 | $0.00 | | $0.00 | FA |
| 7  403(b) Oakhaven Retirement Account. | $3,928.00 | $0.00 | | $0.00 | FA |
| 8  Anticipated 2019 Income Tax Refund(s). Projected from 2018 Returns. No refund anticipated - Debtor owed Fed and State in 2018. Federal, State, Local. | $0.00 | $0.00 | | $0.00 | FA |
| 9  Debtor's Accrued Wages. | $1,260.00 | $0.00 | | $0.00 | FA |
| 10  Cash/pocket/s pending money. | $25.00 | $0.00 | | $0.00 | FA |
| 11  Debtor's Interest in Ware Revocable Trust. | Unknown | $0.00 | | $0.00 | FA |
| 12  2017 Ice Bear PST Mileage: 100 Other Information: NAD Value. Good Condition. Acquisition Date: 7/9/2018. | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                             **Gross Value of Remaining Assets**

$7,214.00        $0.00                        $0.00        $0.00

**Major Activities affecting case closing:**

07/23/2021    06/25/21: Follow up with Trustee/C Renner. JY
01/28/2021    12/01/20: Trustee reviewing trust.
07/28/2020    05/01/2020: Trustee to review Trust document. JY

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | /s/ LAURA J. GENOVICH |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2021 | LAURA J. GENOVICH |